# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00207-CV

### In re Michelle Ann Jensen

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## O R D E R

**PER CURIAM**

Relator Michelle Ann Jensen has filed a petition for writ of habeas corpus, complaining of the trial court's order finding her in contempt, signed November 25, 2019, and the associated commitment request, signed March 11, 2020, requiring her to turn herself into the Hays County Sheriff's Office by 7:00 p.m. on March 22, 2020.

We hereby stay the commitment request pending this Court's consideration of the petition for writ of habeas corpus. The real parties in interest are requested to file a response to the petition no later than April 3, 2020.

It is so ordered March 20, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Filed: March 20, 2020